IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MITCHEL HOFFMAN, and<br>ERIC BOWERMAN<br>    Plaintiffs,<br><br>v.<br><br>HETTRICK CYR & ASSOCIATES, INC.<br>    Defendant. | CIVIL NO. 3:14-cv-01164-JAM<br><br><br><br><br>NOVEMBER 4, 2014 |

## MOTION TO AMEND COMPLAINT AND ADD PLAINTIFF

Plaintiff Mitchel Hoffman hereby respectfully moves, pursuant to Federal Rules of Civil Procedure Rules 15(a) and 20(a), for leave to amend his complaint in order to join Eric Bowerman ("Bowerman") as an additional plaintiff.

As set forth in the attached proposed Amended Complaint, Bowerman, like Plaintiff Hoffman, worked for the Defendant as an investigator under virtually identical terms and conditions in which he was required to review and file nightly reports on his daily surveillance activities and was not compensated for the time he spent doing this work. Similarly he was denied pay and overtime compensation for time spent preparing to conduct surveillance activities on the targets to which he was assigned by the Defendant. Bowerman's claims against Defendant are closely aligned with those of Plaintiff Hoffman and will be controlled by the same

legal standards. The relief sought by Bowerman is the same, in nature, as the relief sought by Plaintiff Hoffman. Moreover, Plaintiff Hoffman has asserted a right to bring a collective action against the Defendant together with other present and former employees of Defendant for alleged violations of the FLSA, and Bowerman falls within the group of present and former employees who would be eligible to opt in to the litigation if a collective action is approved.

Accordingly, Plaintiff Hoffman respectfully moves for leave to amend his complaint so as to join Eric Bowerman as a party plaintiff.

The Amended Complaint also corrects certain numbering anomalies in the original complaint and removes the Fourth Count seeking class action status under Connecticut law, as it appears the numerosity requirement for a class action cannot be met.

This Motion for Leave to Amend is consistent with the time limits specified in the Parties' Rule 26(f) Statement, which specifies November 15, 2014, as the date by which an Amended Complaint may be filed.

Accordingly, Plaintiff respectfully seeks leave to file this Amended Complaint.

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

Dated: November 4, 2014

                                                PLAINTIFF, MITCHEL HOFFMAN

                                                */s/: Andrew L. Houlding*
By:   Andrew L. Houlding, Esq. (ct12137)
       Rome McGuigan, P.C.
       One State Street
       Hartford, CT  06103
       (860) 549-1000
       (860) 724-3921- Fax
       ahoulding@rms-law.com

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing Motion to Amend Complaint and Add Party Plaintiff was filed electronically this 4th day of November, 2014 and was served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                By  */s/: Andrew L. Houlding*
                                                     Andrew L. Houlding